FILED: June 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6853
(1:19-cv-02717-RDB)

_____

EDWIN BLADIMIR ESCOBAR-SALMERON

  Plaintiff - Appellant

v.

STEPHEN T. MOYER; COREY T. HOLLAND; CO II DANIEL ARNDT

  Defendants - Appellees

_____

O R D E R

_____

EDWIN BLADIMIR ESCOBAR-SALMERON (366742/2050948), has applied to proceed without prepayment of fees and given written consent to the collection in installments of the filing fee from appellant's trust account in accordance with the terms of the Prison Litigation Reform Act, 28 U.S.C. § 1915(b)(PLRA). The court grants appellant leave to proceed without full prepayment of fees and directs that:

> an initial partial fee of 20 percent of the greater of the average monthly deposits or average monthly balance for the six-month period immediately preceding the filing of

the notice of the appeal be paid from appellant's trust account when funds are available; and

monthly payments of 20 percent of the preceding month's income be collected from the appellant's trust account and forwarded to the Clerk, U.S. District Court, each time the amount in the account exceeds $10 until the filing fee has been paid in full.

Fees for this appeal shall be paid as follows:

**\*Total Fee:** $505

**\* Make payable to:**

"Clerk, United States Court" **(not to Clerk, Fourth Circuit)**

**\* All payments shall include:**

Appeal No.: 20-6853
Civil Action No.: 1:19-cv-02717-RDB

**\* All payments shall be mailed to:**

Clerk, U.S. District Court
101 West Lombard Street
Baltimore, MD   21201-2691

In the event appellant is transferred to another institution, the balance due shall be collected and paid to the clerk by the custodian at appellant's next institution. Appellant's custodian shall notify the Clerk, U. S. District Court, in the event appellant is released from custody.

This order is subject to rescission should the court determine that appellant has had three prior cases dismissed as frivolous, malicious, or for failure to state a claim and appellant is not under imminent danger of serious physical injury.

A copy of this order shall be sent to appellant's custodian, to the Clerk, U. S. District Court, and to all parties.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk