FILED: July 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6853
(1:19-cv-02717-RDB)

_____

EDWIN BLADIMIR ESCOBAR-SALMERON

    Plaintiff - Appellant

v.

STEPHEN T. MOYER; COREY T. HOLLAND; CO II DANIEL ARNDT

    Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 07/31/2024

    Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk